**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In Re:<br><br>CHARLES ALLEN ARNOLD AND QUANTIC RESEARCH SYSTEMS, INC.,<br>Debtor | Joint Case No. 07-18751-SBB<br><br>Chapter 11<br><br>Hon. Sidney B. Brooks |
| CHARLES ALLEN ARNOLD AND QUANTIC RESEARCH SYSTEMS, INC.,<br><br>Plaintiff,<br>v.<br><br>PULSEWAVE, LLC, JAMES P. YATES, AND WILLIAM WETMORE,<br><br>Defendant. | **Adversary**<br>**Case No. 07-1557-SBB** |

---

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE PURSUANT TO RULE 2002**

---

PLEASE TAKE NOTICE THAT the law firm of ALLEN & VELLONE, P.C. has entered its appearance on behalf of HENDRICKS HOLDING COMPANY, INC., a creditor of the debtor(s), to monitor and represent its interests in this matter. You are requested to serve a copy of each notice of any proceeding, hearing, and/or report in this matter, including, but not limited to, notices required pursuant to Bankruptcy Rule 2002, and any and all Local Rules of the Bankruptcy Court, District of Colorado, upon the undersigned at the address below.

DATED this 11th day of January, 2008.

Respectfully submitted,

/s/Mark A. Larson

Patrick D. Vellone
Mark A. Larson
ALLEN & VELLONE, P.C.
1600 Stout Street, Suite 1100
Denver, CO 80202
Telephone: (303) 534-4499
pvellone@allen-vellone.com
mlarson@allen-vellone.com

**ATTORNEYS FOR HENDRICKS HOLDING COMPANY, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January, 2008, I electronically filed the foregoing with the Clerk of Court, and a copy will be served either by ECF or via United States First Class Mail to the following:

Jeffrey Weinman, Esq.
William A. Richey, Esq.
WEINMAN & ASSOCIATES, P.C.
730 17th Street, Ste. 240
Denver, CO 80202
lkraai@weinmanpc.com

Harvey Sender, Esq.
Kenneth J. Buechler, Esq.
SENDER & WASSERMAN, P.C.
1999 Broadway, Ste. 2305
Denver, CO 80202
Sendertrustee@sendwass.com
Ken.Buechler@Sendwass.com

James D. Kilroy, Esq.
Holly R. Shilliday, Esq.
SNELL & WILMER, LLP
1200 17th Street, Ste. 1900
Denver, CO 80202

T. R. Rice, Esq.
ASTRELLA & RICE, P.C.
1801 Broadway, Ste. 1600
Denver, CO 80202

Stephen D. Gurr, Esq.
Kamlet Shepherd & Reichert, LLP
1515 Arapahoe Street
Tower 1, Suite 1600
Denver, CO 80202

James T. Burghardt, Esq.
Moye White, LLP
1400 16th Street, Sixth Floor
Denver, CO 80202

/s/ Patrick D. Vellone